## STATE OF CONNECTICUT *v.* JUAN VAZQUEZ

The defendant's petition for certification for appeal from the Appellate Court, 79 Conn. App. 219 (AC 23472), is denied.

*Felix Esposito*, special public defender, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided October 1, 2003

## BERNARD BEWRY *v.* COMMISSIONER OF CORRECTION

The petitioner Bernard Bewry's petition for certification for appeal from the Appellate Court, 73 Conn. App. 547 (AC 22528), is denied.

*Bernard Bewry*, pro se, in support of the petition.

*Michele C. Lukban*, assistant state's attorney, in opposition.

Decided October 7, 2003